# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Gomez Velasquez

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Eric Tollefson

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-01702-MJD-ECW

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court GRANTS the Petitioner's Petition for Writ of Habeas Corpus [Doc. 1] as follows:
   a. Respondents must immediately release Petitioner from detention into Minnesota;
   b. Respondents are ordered to immediately return all Petitioner's personal items that were taken from him when he was detained in substantially the same condition as when the items were taken during his arrest, such as his driver's license, immigration papers, passport, cell phone, and keys;
   c. Petitioner shall be released on his own recognizance without any conditions upon his release; and
   d. Respondents are enjoined from re-detaining Petitioner under the same statutory theory that has been rejected in this Order.
2. Respondents are ordered to confirm Petitioner's release from custody as well as the Respondents' compliance with the rest of the Court's Order within forty-eight (48) hours from the date of this Order.

Date: 3/9/2026

KATE M. FOGARTY, CLERK