## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jose G.V.,

        Petitioner,

  v.

Pamela Bondi, et al.,

        Defendants.

**ORDER DISMISSING
PETITION FOR WRIT OF
HABEAS CORPUS**
Civil File No. 26-01702 (MJD/ECW)

Lyndsey M. Marcelino Schalkwyk, Marcelino & Kim PC, Counsel for Petitioner.

Jesus Cruz Rodriguez, David W. Fuller, Assistant United States Attorneys, Counsel for Respondents.

On March 9, 2026, the Court granted Petitioner Jose G.V.'s Petition for Writ of Habeas Corpus. **[Doc. 7.]** As part of that Order, the parties were required to immediately release Petitioner with all his personal effects seized and notify the Court within 48 hours to confirm that the release occurred.

On March 11, 2026, the Respondents provided a status update informing the Court that Petitioner was released.  **[Doc. 9.]** On March 13, Respondents confirmed that Petitioner's counsel collected Petitioner's identification documents from the Bishop Henry Whipple Federal Building. **[Doc. 10.]**

1

Accordingly, based upon the files, records, and proceedings herein, **IT IS**

**HEREBY ORDERED** that Petitioner Jose G.V.'s Petition for Writ of Habeas

Corpus **[Doc. 1]** is **DISMISSED without prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  March 24, 2026                         s/Michael J. Davis
                                               Michael J. Davis
                                               United States District Court